

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/WMN/SCJ  
F. #2013R01203

271 Cadman Plaza East  
Brooklyn, New York 11201

August 15, 2014

By Hand

Joseph Tacopina, Esq.  
Law Offices of Joseph Tacopina, P.C.  
275 Madison Avenue  
35th Floor  
New York, NY 10016

Craig Carpenito, Esq.  
Alston & Bird, LLP  
90 Park Avenue  
New York, NY 10016

David Usher Gourevitch, Esq.  
950 Third Avenue  
32nd Fl.  
New York, NY 10022

Renato C. Stabile, Esq.  
Gerald B. Lefcourt, P.C.  
148 East 78th Street  
New York, NY 10075

E. Scott Morvillo, Esq.  
Morvillo LLP  
565 Fifth Avenue  
New York, NY 10017

Seth L. Levine, Esq.  
Levine Lee LLP  
666 Fifth Avenue  
New York, NY 10103

Marc A. Agnifilo, Esq.  
Brafman & Associates  
767 Third Avenue  
New York, NY 10017

Re:    United States v. Abraxas Discala, et al.  
       Criminal Docket No. 14-399 (ENV)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letter dated August 11, 2014. The government again requests reciprocal discovery.

Enclosed is a disc containing additional search warrant and wiretap applications and orders that were inadvertently omitted from the previous production (Bates stamped EDNY-ITEN-000000905 – EDNY-ITEN-000001021).

Defense Counsel
August 15, 2014
Page 2

    If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:    /s/
                Winston M. Paes
                Walter M. Norkin
                Shannon C. Jones
                Assistant U.S. Attorneys
                (718) 254-6023 (Paes)

Enclosures

Cc: Clerk of Court (ENV) (by ECF) (w/o enclosures)