

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP
F. #2013R01203

271 Cadman Plaza East
Brooklyn, New York 11201

October 23, 2014

By ECF

Charles A. Ross, Esq.
Charles A. Ross & Associates, LLC
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

David Usher Gourevitch, Esq.
950 Third Avenue
32nd Fl.
New York, NY 10022

Amy Walsh, Esq.
Morvillo LLP
200 Liberty Street, 27th Floor
New York, NY 10281

Seth L. Levine, Esq.
Levine Lee LLP
666 Fifth Avenue
New York, NY 10103

Marc A. Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, NY 10017

Re:   United States v. Abraxas Discala, et al.
      Criminal Docket No. 14-399 (ENV)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures under cover of letters dated August 11, 2014, August 15, 2014, August 29, 2014 and October 15, 2014. The government again requests reciprocal discovery.

Based on a request received from counsel for defendant Kyleen Cane, the government has, as a courtesy, made available at First Choice Copy ("First Choice") for reproduction to the defendants as a "Concordance load file" the entire document and data production previously made available under cover of our letters dated August 29, 2014 (Bates stamped EDNY-ITEN-000001022 – EDNY-ITEN-000327324; print order number 80072) and October 15, 2014 (Bates stamped EDNY-ITEN-000327325 – EDNY-ITEN-000329235). The documents and data on the Concordance load file have been re-Bates stamped as DOJ-ITEN-000000001 – DOJ-ITEN-000339035.

Defense Counsel
October 23, 2014
Page 2

   You may obtain these materials by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing print order number **80075**. First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

   If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

           By:    /s/
                Winston M. Paes
                Walter M. Norkin
                Shannon C. Jones
                Assistant U.S. Attorneys
                (718) 254-6023 (Paes)

Cc:  Clerk of Court (ENV) (by ECF) (w/o enclosures)