THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA

                    Plaintiff,

        -against-

ABRAXAS J. DISCALA, et al.,

                    Defendant.

-----------------------------------------------------------X

14 CR 399 (ENV)

**NOTICE OF SUBSTITUTION
OF COUNSEL
AND [PROPOSED] ORDER**

**TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendant Abraxas J. Discala hereby substitutes Charles A. Ross and Dorea H. Silverman of Charles A. Ross and Associates LLC, 111 Broadway, Suite 1401, New York, NY 10006, Telephone: (212) 616-3030, as his attorney of record in place of Joseph Tacopina of the Law Offices of Joseph Tacopina, P.C., 275 Madison Avenue, 35th Floor, New York, NY 10016, Telephone: (212) 227-8877.  All notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, should henceforth be provided to and served upon counsel at the address set forth below:

    CHARLES A. ROSS AND ASSOCIATES LLC
    111 Broadway, Suite 1401
    New York, NY 10006
    Telephone: (212) 616-3030
    Facsimile: (212) 616-3031

    Charles A. Ross
    cross@charlesrosslaw.com
    Dorea H. Silverman
    dsilverman@charlesrosslaw.com

I, the undersigned, consent to the above substitution.

Dated: October 2 2, 2014

By: _____
Abraxas J. Discala

We, the undersigned, consent to the above substitution.

Dated: October 21, 2014

By: _____
Charles A. Ross

Dated: October 21, 2014

By: _____
Joseph Tacopina

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Hon. Eric N. Vitaliano
United States District Judge

2