BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 1/12/2015

CRIMINAL CAUSE FOR PLEADING

DOCKET # 14cr399(ENV)                    Defendant # 7

CASE: USA v. Victor Azrack (Bond)

COUNSEL: Marc A. Agnifilo

AUSA: Shannon Jones

Pre-Trial Officer: n/a

Interpreter: N/A

COURT REPORTER: Allan Sherman


X    CASE CALLED FOR PLEADING.

X    DEFT SWORN

X    Defendants enter a plea of Guilty to Count 1 and 2 of the indictment

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY &
     VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL
     BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNTS 1 and 2 OF THE
     INDICTMENT

X    **SENTENCE DATE: To be set after Probation report is complete.**

Time in Court: 30 Minutes