# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

**MARK M. BAKER**
OF COUNSEL

**MARC AGNIFILO**
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: MAR 20 2015

_____
Eric N. Vitaliano
United States District Judge

VIA ECF
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

, 2015

Re: <u>United States v. Victor Azrak</u>, 14 CR 399 (ENV)

Dear Judge Vitaliano:

As part of the bail conditions set in the above-referenced case, Mr. Azrak's travel was limited to the states of New York and New Jersey. We now write the Court requesting a bail modification to allow Mr. Azrak to travel with his family to Florida from April 2, 2015 – April 12, 2015. Mr. Azrak's flight itinerary, as well as the location in Florida where he will be staying, will be provided to Pretrial Services in advance of his trip.

We have spoken with the Government (AUSA Shannon Jones) and Pretrial Services (Officer Bianca Carter), and both have no objection to our request.

Please let us know if the Court has any questions or comments. Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo

cc: AUSA Shannon Jones (via ECF)
Pretrial Services Officer Bianca Carter (via email)