**SERCARZ & RIOPELLE, LLP**
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

August 12, 2015

BY ECF

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>**United States v. DiScala, et al.,**</u>
     **Cr-14-399 (ENV)**

Dear Judge Vitaliano:

    I represent Defendant Kyleen Cane in the above-referenced matter. I write to give notice to the Court and the United States Attorney's Office of a possible change in Ms. Cane's itinerary when she travels to the United Kingdom next week, in accordance with the Court's Order of July 2, 2015. Ms. Cane has already discussed this possible change in itinerary with her Pre-trial Services Officer, Kamu Kapanui.

    **A. Present Status**

    On July 2, 2015, the Court granted Ms. Cane's application to travel to Scotland to assist her son in moving into his dormitory at the University of Edinburgh. The Court conditioned its order on an increase in Ms. Cane's bond, and a new bond was executed by Ms. Cane and her co-signers as required by the Court. Ms. Cane also renewed her passport so that she could travel to Scotland pursuant to the Court's July 2 Order.

    **B. The Possibility that Ms. Cane's Itinerary Will Change**

    At the time of Ms. Cane's original application to travel, she understood that her son, Stephen, had been accepted as a student at the University of Edinburgh, on the condition that he obtain a score of 650 or higher on two SAT subject matter tests. Prior to Ms. Cane's application to travel, Stephen took two SAT subject matter tests – one on US History and one on World History – and received a score of 670 on each. At that point, Stephen called the University of Edinburgh and confirmed that he had satisfied the University's conditions for admission, and I began the process of asking the Court to permit Ms. Cane to travel.

    Unfortunately, just last week, Ms. Cane learned that the University would not count Stephen's score of 670 in US History, because his score of 4 on the US History AP Exam was

1

SERCARZ & RIOPELLE, LLP

also being counted in his application. Ms. Cane and her son are appealing this decision, and they will not know the outcome of that appeal until they arrive in the United Kingdom next week.

Ms. Cane's son was also admitted to the University of Aberdeen in Scotland, and to the University of Liverpool, and he has received a verbal assurance from each of these schools that he can enroll in either of them if his appeal to the University of Edinburgh is denied. Thus, in the event that Stephen's appeal to the University of Edinburgh is denied, Ms. Cane will travel with Stephen to either Aberdeen or Liverpool to enroll Stephen at one of those two universities.

### C. The Revised Travel Plans as They Now Stand

Ms. Cane's travel plans as they now stand are to fly to Edinburgh as originally planned and as disclosed to the government, in order to follow up on Stephen's appeal. If Stephen's appeal at the University of Edinburgh is not successful, Ms. Cane will travel by train with Stephen to Aberdeen or Liverpool to enroll him in one of those two universities and get him settled. She intends to fly home on the flight she originally booked, flying home from Manchester, England, on August 23.[1]

Ms. Cane and her son are continuing to research their options as to Aberdeen and Liverpool, and as soon as a decision is made as to which of those two schools her son will attend, Ms. Cane will let her Pretrial Services Officer know their decision. For the Court's and the government's information, Ms. Cane has pre-booked rooms at hotels in both Aberdeen and Liverpool, and she has already told her Pretrial Services Officer where she will be staying if she travels to Aberdeen or Liverpool. The two hotels pre-booked by Ms. Cane are: 1) In Aberdeen, the Parkhill Apartments, 119 Hammerman Drive, Aberdeen, AB24 4SF, United Kingdom; 2) in Liverpool, the Hope Street Hotel, 40 Hope Street, Liverpool, L1 9DA, United Kingdom.

I am available to address any questions the Court may have, but the bottom line here is that: 1) Ms. Cane has fully satisfied the additional conditions imposed on her by the Court's July 2, 2015 Order; 2) Ms. Cane will be in the United Kingdom from August 14-23, 2015 to help her son move into a college there; 3) her location will be fully disclosed to the government before she goes anywhere in the United Kingdom and the government will be able to check up on Ms. Cane's location; and 4) her airline itinerary to and from England has not changed.

Respectfully submitted,

*Roland G. Riopelle* (signature)
Roland G. Riopelle

Enc.

---

[1] A copy of my letter to AUSA Shannon Jones dated July 15, 2015, which encloses Ms. Cane's airline tickets to and from the United Kingdom, is enclosed for the Court's information.

**SERCARZ & RIOPELLE, LLP**
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

July 15, 2015

BY EMAIL

Shannon Jones, Esq.
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. DiScala, et al.,**
Cr-14-399 (ENV)

Dear Shannon:

    I write to provide you with Defendant Kyleen Cane's itinerary for her trip to Scotland next month. Ms. Cane's itinerary will be as follows.

    Ms. Cane will fly with her son Stephen from Las Vegas to London on August 14, 2015, on Virgin Atlantic Flight VS44. This flight is scheduled to land at Gatwick Airport on August 15, 2015 at 10:25 a.m. Ms. Cane and her son will then take British Airways flight BA2944 from Gatwick to Edinburgh, leaving Gatwick at 3:45 p.m. on August 15, 2015, and arriving in Edinburgh at 5:05 p.m. on August 15, 2015.

    Ms. Cane will be staying at the Carlton Hotel while she is in Edinburgh, and will check out of the Carlton on August 22, 2015. She intends to take a train from Edinburgh to Manchester, England on August 22, and she will stay at the Radisson Blu Hotel in Manchester overnight on August 22. She will then fly home from Manchester on August 23, 2015. She is booked to fly home to Las Vegas from Manchester on Virgin Atlantic Flight 85, which is scheduled to leave Manchester at 12:35 p.m. on August 23, 2015.

    Copies of Ms. Cane's E-tickets for her flights are enclosed for your information.

Very truly yours,

Roland G. Riopelle

Enc.

1

Avery, Elisabeth
_____

| | |
|---|---|
| From: | Leandro (SkyLux Travel) <leandro@skyluxtravel.com> |
| Sent: | Monday, July 06, 2015 2:41 PM |
| To: | Avery, Elisabeth |
| Subject: | Fwd: Ticket Receipt |
| Attachments: | 15&16.png |

Direct Number **(USA/CANADA) 1-855-422-3256**

General Lines **(US/CA) 1-855-272-1235**
**(AU) 1-800-049-505**

**(SG) 3159 0672 (UK) 0800-610-1575**

**(ext 25251)**

▲ DELTA
**SKYMILES**                                    Your E-Ticket

Dear Mrs. Cane,
We are pleased to confirm your airline booking.

It is recommended that passenger(s) check in three hours before scheduled takeoff for all flights. As of today your suggested check in time is Friday, August 14, 2015 01:35 PM. Attached file is the seat assignment on this flight

Below is your ticket data:

## Itinerary information

| | |
|---|---|
| Confirmation Number: | **GLAHT7** |
| Reservation Date: | **JUL 06, 2015** |
| Ticket Number(s): | **0062314292974** / CANE KYLEEN ELISABETH **0062314292975** / CANE STEPHEN MATTHEW |

1

## Itinerary Details

📅 **AUG 14, 2015**

**Fri, Aug 14 - Las Vegas to London**

---

 **FLIGHT VS44**
Business

| | |
|---|---|
| McCarran Intl. LAS **LAS VEGAS, NV** United States | ✈ 4:35 PM Aug 14, 2015 Fri |
| Gatwick Arpt. LGW **LONDON** United Kingdom |  NEXT DAY 10:25 AM Aug 15, 2015 Sat |

**Baggage** Passengers may be subject to additional fees if their checked items exceed the number, weight, or size of standard air carrier baggage allowance. For more details please contact your Travel Manager. For specific baggage allowance and fees, click here for: Virgin Atlantic

**Please Read Carefully** Your tickets are electronic; an e-ticket is a paperless method of ticketing flights; therefore, no tickets will be mailed to you. You can print your travel itinerary or Electronic Ticket Receipt at Delta Air Lines using your Confirmation Number. Kindly retain your itinerary for check in, passport control and possible claims.

---

**Reservation Changes** For reservation changes kindly contact our Customer Support department at ✆1-855-507-9771 (USA/Canada) ✆1-800-018-163 (AU) ✆3159 0691 (SG) ✆0800-610-1517 (UK)

If for some reason you cannot travel we strongly recommend you to contact our Customer Support department well in advance to check whether the fare allows exchanges or refunds in order to avoid a No-Show. Our regular business hours are Monday through Friday 8:00 AM to 6:00 PM PST. We reserve the right to receive at least 72 hours advance notice for any exchange requests. **No-Show tickets cannot be refunded, nor can they be exchanged.** Unless the reservation is canceled and the trip rescheduled prior to the original departure date, the ticket is suspended and refunds are not possible. SkyLux Travel is unable to reinstate tickets suspended by the airline. Travel Documents. International travel requires passengers to have in possession a valid Passport, which must be presented for all international flights. Please note that some countries may require a visa and/or a health card. **It is the passenger's responsibility to make sure you have all necessary travel documents in your possession at check-in. Please verify the visa requirements for all your stops as some of the countries may require a transit visa.** Please contact the embassy of the country you are going to visit or transit through to get the up-to-date requirements. Some countries have special requirements for one way travel - it is travelers' responsibility to make sure they meet eligibility criteria for this type of itinerary. Sincerely,
Leandro
leandro@skyluxtravel.com

Contacts:

Avery, Elisabeth

| | |
|---|---|
| From: | leandro@skyluxtravel.com |
| Sent: | Monday, July 06, 2015 10:36 PM |
| To: | Avery, Elisabeth |
| Subject: | SkyLux Travel Ticket Receipt |

Direct Number **(USA/CANADA) 1-855-422-3256**

General Lines **(US/CA) 1-855-272-1235**
**(AU) 1-800-049-505**

**(SG) 3159 0672 (UK) 0800-610-1575**

(ext 25251)

**SKYLUX**

## Your E-Ticket

Dear Mrs. Cane,
We are pleased to confirm your airline booking.

It is recommended that passenger(s) check in three hours before scheduled takeoff for all flights. As of today your suggested check in time is Saturday, August 15, 2015 12:45 PM.

Below is your ticket data:

## Itinerary information

| | |
|---|---|
| Confirmation Number: | **MN65TB** |
| Reservation Date: | **JUL 06, 2015** |
| Ticket Number(s): | **1257648994529** / CANE KYLEEN ELISABETH **1257648994530** / CANE STEPHEN MATTHEW |

## Itinerary Details

### 📅 AUG 15, 2015

**Sat, Aug 15 - London to Edinburgh**

1



**BRITISH AIRWAYS FLIGHT BA2944**
Economy

Gatwick Arpt, LGW
**LONDON**
United Kingdom

3:45 PM
Aug 15, 2015 Sat

Edinburgh Arpt, EDI
**EDINBURGH**
United Kingdom

5:05 PM
Aug 15, 2015 Sat

**Baggage** Passengers may be subject to additional fees if their checked items exceed the number, weight, or size of standard air carrier baggage allowance. For more details please contact your Travel Manager. For specific baggage allowance and fees, click here for: British Airways

**Please Read Carefully** Your tickets are electronic; an e-ticket is a paperless method of ticketing flights; therefore, no tickets will be mailed to you. You can print your travel itinerary or Electronic Ticket Receipt at using your Confirmation Number. Kindly retain your itinerary for check in, passport control and possible claims.

**Reservation Changes** For reservation changes kindly contact our Customer Support department at ☏1-855-507-9771 (USA/Canada) ☏1-800-018-163 (AU) ☏3159 0691 (SG) ☏0800-610-1517 (UK)

If for some reason you cannot travel we strongly recommend you to contact our Customer Support department well in advance to check whether the fare allows exchanges or refunds in order to avoid a No-Show. Our regular business hours are Monday through Friday 8:00 AM to 6:00 PM PST. We reserve the right to receive at least 72 hours advance notice for any exchange requests. **No-Show tickets cannot be refunded, nor can they be exchanged.** Unless the reservation is cancelled and the trip rescheduled prior to the original departure date, the ticket is suspended and refunds are not possible. SkyLux Travel is unable to reinstate tickets suspended by the airline. Travel Documents. International travel requires passengers to have in possession a valid Passport, which must be presented for all international flights. Please note that some countries may require a visa and/or a health card. **It is the passenger's responsibility to make sure you have all necessary travel documents in your possession at check-in. Please verify the visa requirements for all your stops as some of the countries may require a transit visa.** Please contact the embassy of the country you are going to visit or transit through to get the up-to-date requirements. Some countries have special requirements for one way travel - it is travelers' responsibility to make sure they meet eligibility criteria for this type of itinerary. Sincerely,
Leandro
leandro@skyluxtravel.com

Contacts:

**Direct Number:** (USA/Canada) 1-855-422-3256

**General Lines:** ext 25251 USA/Canada 1-855-272-1235  Australia 1-800-049-505  Singapore 3159 0672  UK 0800-610-1575

Customer Support:    USA/Canada 1-855-507-9771    Australia 1-800-018-163    Singapore 3159 0691    UK 0800-610-1517

ASTA    

Members of:

2

Avery, Elisabeth

| | |
|---|---|
| From: | leandro@skyluxtravel.com |
| Sent: | Monday, July 13, 2015 8:38 PM |
| To: | Avery, Elisabeth |
| Subject: | Ticket Receipt |

Direct Number **(USA/CANADA) 1-855-422-3256**

General Lines **(US/CA) 1-855-272-1235**
**(AU) 1-800-049-505**

**(SG) 3159 0672 (UK) 0800-610-1575**

**(ext 25251)**

*flyingclub*                          Your E-Ticket

Dear Mrs Cane,
We are pleased to confirm your airline booking.

It is recommended that passenger(s) check in three hours before scheduled takeoff for all flights. As of today your suggested check in time is Sunday, August 23, 2015 09:35 AM.

Below is your ticket data:

## Itinerary information

| | |
|---|---|
| Confirmation Number: | DTBQH7 |
| Reservation Date: | JUL 13, 2015 |
| Ticket Number(s): | 9322166083582 / CANE KYLEEN ELISABETH |

## Itinerary Details

### 📅 AUG 23, 2015

**Sun, Aug 23 - Manchester to Las Vegas**

1

| | | | |
|---|---|---|---|
|  **FLIGHT VS85** Business | Manchester Intl, MAN **MANCHESTER** United Kingdom | ✈ | 12:35 PM Aug 23, 2015 Sun |
| | McCarran Intl, LAS **LAS VEGAS, NV** United States | 🛬 | 2:55 PM Aug 23, 2015 Sun |

**Baggage** Passengers may be subject to additional fees if their checked items exceed the number, weight, or size of standard air carrier baggage allowance. For more details please contact your Travel Manager. For specific baggage allowance and fees, click here for: Virgin Atlantic

**Please Read Carefully** Your tickets are electronic; an e-ticket is a paperless method of ticketing flights; therefore, no tickets will be mailed to you. You can print your travel itinerary or Electronic Ticket Receipt at Virgin Atlantic using your Confirmation Number. Kindly retain your itinerary for check in, passport control and possible claims.

**Reservation Changes** For reservation changes kindly contact our Customer Support department at ☏1-855-507-9771 (USA/Canada) ☏1-800-018-163 (AU) ☏3159 0691 (SG) ☏0800-610-1517 (UK)

If for some reason you cannot travel we strongly recommend you to contact our Customer Support department well in advance to check whether the fare allows exchanges or refunds in order to avoid a No-Show. Our regular business hours are Monday through Friday 8:00 AM to 6:00 PM PST. We reserve the right to receive at least 72 hours advance notice for any exchange requests. **No-Show tickets cannot be refunded, nor can they be exchanged.** Unless the reservation is cancelled and the trip rescheduled prior to the original departure date, the ticket is suspended and refunds are not possible. SkyLux Travel is unable to reinstate tickets suspended by the airline. Travel Documents. International travel requires passengers to have in possession a valid Passport, which must be presented for all international flights. Please note that some countries may require a visa and/or a health card. **It is the passenger's responsibility to make sure you have all necessary travel documents in your possession at check-in. Please verify the visa requirements for all your stops as some of the countries may require a transit visa.** Please contact the embassy of the country you are going to visit or transit through to get the up-to-date requirements. Some countries have special requirements for one way travel - it is travelers' responsibility to make sure they meet eligibility criteria for this type of itinerary. Sincerely,
Leandro
leandro@skyluxtravel.com

Contacts:

**Direct Number:** (USA/Canada) 1-855-422-3256

**General Lines:** ext 25251 USA/Canada 1-855-272-1235 Australia 1-800-049-505 Singapore 3159 0672 UK 0800-610-1575

Customer Support:   USA/Canada 1-855-507-9771   Australia 1-800-018-163   Singapore 3159 0691   UK 0800-610-1517



Members of:

2