## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Viktor V. Pohorelsky      **DATE:** 11/4/15

**DOCKET NUMBER:** 14CR399(ENV)      **LOG #:** 3:13 – 7:42

**DEFENDANT'S NAME:** Michael Morris
✓ Present  ___ Not Present   ✓ Custody  ___ Bail

**DEFENSE COUNSEL:** Miranda Fritz / Eli Richlin
___ Federal Defender  ___ CJA   ✓ Retained

**A.U.S.A:** Shannon Jones + Patrick Hein      **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held.  ___ Hearing adjourned to _____

✓ Defendant was released on $1 million PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start_____ Stop_____

✓ Order of Speedy Trial entered. Code Type___ Start 11/4/15 Stop 11/20/15

✓ Defendant's first appearance.  ✓ Defendant arraigned on the superseding indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment.

✓ Status conference set for 11/20/15 @ 11:00 before Judge Vitaliano

**OTHERS:** _____