BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 10/18/2017

CRIMINAL CAUSE FOR PLEADING

DOCKET # 14cr399 (ENV)                    Defendant # 9

CASE: USA -V- Darren Ofsink

Defendant                                  COUNSEL

Darren Ofsink                              Christopher Bruno (Retained)

AUSA: Shannon Jones, Patrick Hein and Mark Bini

Interpreter: n/a

COURT REPORTER: Holly Driscol

X   CASE CALLED FOR PLEADING

X   DEFT SWORN

X   DEFENDANT ENTERS A PLEA OF GUILTY TO COUNTS 1 of the superseding indictment

X   COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNTS 1 of the superseding indictment

Time in Court: 45 Minutes