

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PH/MEB
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 22, 2017

By FedEx

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Amy Walsh, Esq.
Morvillo LLP
500 5th Avenue, 43rd Floor
New York, NY 10110

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

      Re:    United States v. Discala, et al.
                  Criminal Docket No. 14-399 (S-1) (ENV)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

        Please find enclosed 6 DVDs and an index (Attachment A).

Defense Counsel
November 22, 2017
Page 2

        If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:     /s/
        Shannon C. Jones
        Patrick Hein
        Mark E. Bini
        Assistant U.S. Attorneys
        (718) 254-6379 (Jones)

Encl.
Cc:     Clerk of Court (ENV) (by ECF w/o encl.)