

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PTH/MEB
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 8, 2017

By Hand and ECF

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Amy Walsh, Esq.
Morvillo LLP
500 5th Avenue, 43rd Floor
New York, NY 10110

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

      Re:    United States v. Discala, et al.
                Criminal Docket No. 14-399 (S-1) (ENV)

Dear Counsel:

      In defendant Abraxas Discala's reply in support of his motion to suppress the government's wiretap evidence, he stated that Special Agent Michael Braconi of the Federal Bureau of Investigation ("FBI") "lied about having and reviewing trading records" prior to submitting his affidavit in support of the government's wiretap application on May 1, 2014. ECF Docket No. 392 at 3. Discala is wrong. As the government made clear in its opposition memorandum, Special Agent Braconi did in fact receive in February 2014 from the U.S. Securities and Exchange Commission ("SEC") blue sheet trading records related to CodeSmart Holdings, Inc. ("CodeSmart") for the period of June 14, 2013 through November 29, 2013. ECF Docket No. 380 at 50.

      The government hereby encloses that blue sheet data reflecting CodeSmart trading from June 14, 2013 through November 29, 2013, which Special Agent Braconi received from the SEC on February 27, 2014 and reviewed prior to submitting his May 1, 2014 affidavit.

      In addition, the government notes that, on January 22, 2015, it produced blue sheet data to the defendants reflecting CodeSmart trading from a longer period (May 13, 2013 through July 18, 2014) that included the June 14, 2013 through November 29, 2013 period. On November 29, 2017, Discala for the first time informed the government that he was missing the

Defense Counsel
December 8, 2017
Page 2

blue sheet data produced to him on January 22, 2015.  The government reproduced the data to Discala on November 30, 2017.

        If you have any questions, please do not hesitate to contact us.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:     /s/
        Shannon C. Jones
        Patrick T. Hein
        Mark E. Bini
        Assistant U.S. Attorneys
        (718) 254-6379 (Jones)

Encl.
Cc:    Clerk of Court (ENV) (by ECF w/o encl.)