

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PTH/MEB
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 22, 2017

By Fed-Ex and By Hand

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Amy Walsh, Esq.
Morvillo LLP
500 5th Avenue, 43rd Floor
New York, NY 10110

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

      Re:   United States v. Discala, et al.
              Criminal Docket No. 14-399 (S-1) (ENV)

Dear Counsel:

      The government hereby provides a preliminary production of exhibits with respect to the upcoming January 22, 2018 trial in the above-referenced case. If you have any questions, please do not hesitate to contact us.

      Very truly yours,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:      /s/
      Shannon C. Jones
      Patrick T. Hein
      Mark E. Bini
      Assistant U.S. Attorneys
      (718) 254-6379 (Jones)

Encl.