

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PH/MEB  
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2018

<u>Via E-mail</u>

Charles A. Ross, Esq.  
Trinity Centre  
111 Broadway, Suite 1401  
New York, NY 10006

Roland G. Riopelle  
Sercarz & Riopelle LLP  
810 Seventh Avenue, Suite 620  
New York, NY 10019

Amy Walsh, Esq.  
Orrick, Herrington & Sutcliffe LLP  
51 West 52nd Street  
New York, NY 10019

Maranda E. Fritz, Esq.  
Thompson Hine LLP  
335 Madison Avenue, 12th Floor  
New York, NY 10017

Re: <u>United States v. Discala, et al.</u>
<u>Criminal Docket No. 14-399 (S-1) (ENV)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

Attached are the following documents:

| | |
|---|---|
| V. Azrak Documents | EDNY-ITEN-000426137 to EDNY-ITEN-000426252 |
| Hagen Documents | EDNY-ITEN-000426253 to EDNY-ITEN-000426286 |

Defense Counsel
January 5, 2018
Page 2

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                                            Very truly yours,

                                            RICHARD P. DONOGHUE
                                            UNITED STATES ATTORNEY
                                            Acting United States Attorney

                                  By:       /s/
                                            Shannon C. Jones
                                            Patrick Hein
                                            Mark E. Bini
                                            Assistant U.S. Attorneys
                                            (718) 254-6379 (Jones)

Encl.
Cc:     Clerk of Court (ENV) (by ECF w/o encl.)