

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PH/MEB
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 8, 2018

Via E-mail

| | |
|---|---|
| Charles A. Ross, Esq. | Roland G. Riopelle |
| Trinity Centre | Sercarz & Riopelle LLP |
| 111 Broadway, Suite 1401 | 810 Seventh Avenue, Suite 620 |
| New York, NY 10006 | New York, NY 10019 |
| | |
| Amy Walsh, Esq. | Maranda E. Fritz, Esq. |
| Orrick, Herrington & Sutcliffe LLP | Thompson Hine LLP |
| 51 West 52nd Street | 335 Madison Avenue, 12th Floor |
| New York, NY 10019 | New York, NY 10017 |

Re:   United States v. Discala, et al.
         Criminal Docket No. 14-399 (S-1) (ENV)

Dear Counsel:

Please find attached the government's list of 3500 material. The 3500 material was sent separately by Fed-Ex. The government reserves the right to supplement the 3500 material prior to trial. Please note that where a law enforcement agent took notes and prepared reports of a prospective witness's statements, the reports and notes are included in both the agent's and the speaker's 3500 folders.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Acting United States Attorney

By:      /s/
Shannon C. Jones
Patrick Hein
Mark E. Bini
Assistant U.S. Attorneys
(718) 254-6379 (Jones)

Attachment (3500 List)

Cc:   Clerk of Court (ENV) (by ECF w/o attachment)