DOCKET NUMBER: 14cr399 (ENV)　　　　　　　　Date: 4/20/2018

CRIMINAL CAUSE FOR Jury Trial- Day 12

Date Received By Docket Clerk:_____　　Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO　　　　　　TIME IN COURT: 4 hours

| DEFENDANT'S NAME | DEFENDANT'S ATTORNEY |
|---|---|
| Abraxas J. Discala | Charles Ross<br>Matthew Shroyer<br>Andrew Bowman<br>Hanwei Cheng |
| Kyleen Cane | Roland Riopelle<br>Robert Caliendo |

X   Present　　☐   Not Present　　☐   Custody　　X   Not Custody

☐   Federal Defender　　☐   CJA　　X   Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Victoria Torres-Butler

INTERPRETER: n/a　　　　LANGUAGE:

X   Witnesses called. Exhibits entered.