DOCKET NUMBER: 14cr399 (ENV)  Date: 4/23/2018

CRIMINAL CAUSE FOR Jury Trial- Day 13

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO    TIME IN COURT: 7 hours

DEFENDANT'S NAME

Abraxas J. Discala

DEFENDANT'S ATTORNEY

Charles Ross
Matthew Shroyer
Andrew Bowman
Hanwei Cheng

Kyleen Cane

Roland Riopelle
Robert Caliendo

X   Present   ☐   Not Present   ☐   Custody   X   Not Custody

☐   Federal Defender   ☐ CJA   X   Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Denise Parisi

INTERPRETER: n/a    LANGUAGE:

X   Witnesses called. Exhibits entered.