DOCKET NUMBER: 14cr399 (ENV)           Date: 4/24/2018

CRIMINAL CAUSE FOR Jury Trial- Day 14

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO      TIME IN COURT: 5 hours

DEFENDANT'S NAME                 DEFENDANT'S ATTORNEY

Abraxas J. Discala                     Charles Ross
Matthew Shroyer
Andrew Bowman
Hanwei Cheng

Kyleen Cane                           Roland Riopelle
Robert Caliendo

X   Present    ☐   Not Present      ☐   Custody    X   Not Custody

☐   Federal Defender      ☐ CJA      X   Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Richard Barry

INTERPRETER: n/a       LANGUAGE:

X    Witnesses called. Exhibits entered.